_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
November 24, 2021
_____

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
711 S 4th Street Suite 101
Las Vegas, NV  89101
(702) 853-0700
kal13mail@las13.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| IN RE: | Chapter 13 |
|---|---|
| | Case No: 21-11378-NMC |
| JONATHAN SILVA | ORDER  DENIAL OF CONFIRMATION AND DISMISSING CASE |
| | |
| | Hearing Date: 11/18/2021 |
| **Debtor** | Hearing Time:  1:30 pm |

   The Trustee's Opposition to Confirmation of Plan Combined with Trustee's Recommendation of Dismissal filed in the above-captioned matter having on for hearing, the following parties have appeared:

[X] Trustee [  ] Debtor [  ] Attorney for Debtor [  ] Other , and said Motion having been considered by this Court, and good cause appearing therefore;

   IT IS HEREBY ORDERED that confirmation of the Plan is denied and that the above-captioned proceedings under Chapter 13 be DISMISSED for the following reason(s):

- Delinquent Plan payments.

- Other Reason: Failure to resolve any and all issues outlined in Trustee's Opposition to Confirmation filed as Docket 20.

DATED: 11/22/2021

Submitted by:

/s/ KATHLEEN A. LEAVITT
Kathleen A. Leavitt
Chapter 13 Trustee
(mjb)

**LR 9021 CERTIFICATION:**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

\_\_\_\_ The court has waived the requirement set forth in LR 9021 (b)(1).

\_X\_ No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disproved the order, or failed to respond, as indicated below:

| | |
|---|---|
| Approved: | _____ |
| Disapproved: | _____ |
| Failed to Respond: | _____ |

\_\_\_\_ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###